# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0688.  DONALD JUDSON MORAN, JR. v. THE STATE.**

Donald Judson Moran, Jr., was convicted of aggravated battery, aggravated assault, burglary, possession of a knife during the commission of a felony, and stalking.  On appeal, we reversed his stalking conviction, but affirmed his remaining convictions. *Moran v. State*, 334 Ga. App. 765 (780 SE2d 529) (2015).  Moran later filed an extraordinary motion for new trial based on newly discovered evidence.  The trial court denied the motion, and Moran filed both a direct appeal and an application for discretionary appeal.  We dismissed the direct appeal as procedurally improper, see Case No. A17A0563 (decided December 5, 2016), and the application for discretionary appeal as untimely.  See Case No. A17D0181 (decided December 12, 2016).

Back in the trial court, Moran filed a motion to dismiss his indictment, arguing that his due process rights were violated because the authorities delayed his arrest for more than a year.  The trial court denied the motion, and Moran filed this appeal.  We lack jurisdiction.

Moran's motion to dismiss his indictment was, in substance, a motion to vacate or set aside his convictions.  The Supreme Court, however, has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Because Moran is not authorized to collaterally attack his convictions in this manner, this appeal is hereby DISMISSED.  See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786)

(2009); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   11/29/2017*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*